UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIELLE LEE LILLEY, | Case No. 1:17-cv-08886 |
| Plaintiff, | Honorable Charles P. Kocoras |
| v. | |
| PROG LEASING, LLC d/b/a PROGRESSIVE LEASING, LLC, | |
| Defendant. | |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that DANIELLE LEE LILLEY ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 7th day of May, 2018.

> s/ Nathan C. Volheim
> Nathan C. Volheim, Esq. #6302103
> Sulaiman Law Group, Ltd.
> 2500 South Highland Avenue,
> Suite 200
> Lombard, IL 60148
> (630) 568-3056
> nvolheim@sulaimanlaw.com
> *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                                s/ Nathan C. Volheim\_\_\_\_\_
                                                Nathan C. Volheim