UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIELLE LEE LILLEY,<br><br>　　　Plaintiff,<br>v.<br><br>PROG LEASING, LLC d/b/a<br>PROGRESSIVE LEASING, LLC,<br><br>　　　Defendant. | Case No.  1:17-cv-08886<br><br>Honorable Judge Charles P. Kocoras |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DANIELLE LEE LILLEY, and the Defendant, PROG LEASING, LLC d/b/a PROGRESSIVE LEASING, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against PROG LEASING, LLC d/b/a PROGRESSIVE LEASING, LLC pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: July 3, 2018                                                       Respectfully Submitted,

**DANIELLE LEE LILLEY**                              **PROG LEASING, LLC**

/s/ Nathan C. Volheim                                      /s/ Jennifer L. Majewski (*with consent*)
Nathan C. Volheim                                            Jennifer L. Majewski
*Counsel for Plaintiff*                                          *Counsel for Defendant*
Sulaiman Law Group, LTD                             Pilgrim Christakis LLP
2500 S. Highland Avenue, Suite 200           321 North Clark Street, 26th Floor
Lombard, Illinois 60148                                   Chicago, IL 60654
Phone: (630) 575-8181                                    Phone: (312) 939-0953
Fax :( 630) 575-8188                                       jmajewski@pilgrimchristakis.com
nvolheim@sulaimanlaw.com